IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

MASTER FILE NO: 5:14-CV-33-FL

| | | |
|---|---|---|
| ANTOINETTE L. FORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | NO. 5:14-CV-33-FL |
| EXELIS SYSTEMS CORPORATION | ) | |
| and L-3 COMMUNICATIONS | ) | |
| VERTEX AEROSPACE, LLC (L-3), | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| ANTOINETTE L. FORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | NO. 5:14-CV-92-FL |
| EXELIS SYSTEMS CORPORATION | ) | |
| and L-3 COMMUNICATIONS | ) | |
| VERTEX AEROSPACE, LLC (L-3), | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| ANTOINETTE L. FORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | NO. 5:14-CV-340-FL |
| EXELIS SYSTEMS CORPORATION | ) | |
| and L-3 COMMUNICATIONS | ) | |
| VERTEX AEROSPACE, LLC (L-3) , | ) | |
| | ) | |
| Defendants. | ) | |

In this consolidated action,[1] plaintiff has moved for a dismissal, without prejudice. Good cause having been shown, the action is dismissed without prejudice.

SO ORDERED, this the 30th day of June, 2014.

_____
LOUISE W. FLANAGAN
United States District Judge

---

[1] The court notes here its order granting motion brought by defendant Exelis Systems Corporation to consolidate cases, which established case file no. 5:14-cv-33 as the master file, for reasons therein stated (DE 13). Where in case file no. 5:14-cv-340, a motion to consolidate was filed June 12, 2014 (DE 5), and corresponding motion in the master file (DE 37), the court sees no cause to delay its grant of that motion. For the same reasons, the third action now is consolidated, and case file no. 5:14-cv-33 remains the master file.